LUCIUS N. BISHOP, Appellant, *v.* FRANCIS BARTON, Respondent.

(Submitted February 3, 1876; decided February 22, 1876.)

REPORTED below, 2 Hun, 436.

*William H. Henderson* for the appellant.

*James G. Johnson* for the respondent.

Agree to affirm. No opinion.

All concur.

Judgment affirmed.